## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIJAN S. SNYDERS,** : | **CIVIL ACTION** |
| **Petitioner** : | |
| v. : | |
| : | |
| **NANCY GIROUX, et al** : | **NO. 15-0521** |
| **Respondents** : | |

**O R D E R**

AND NOW, this 30th day of December, 2015, pursuant to the memorandum filed today, the Commonwealth shall have **21 days** from the date of this Order to file and serve a supplemental brief addressing the questions raised in that memorandum. Petitioner may respond to the Commonwealth's arguments within **14 days** of service of the Commonwealth's supplemental brief.

BY THE COURT:


_s/Richard A. Lloret_____
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**